WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donimic T. Brooks,<br>　　　　　Plaintiff,<br>　vs.<br>M. Olsen, et al.,<br>　　　　　Defendants. | No.  CV 13-841-PHX-RCB (BSB)<br><br>**O R D E R** |

　　　　On April 25, 2013, Plaintiff Donimic T. Brooks, who is confined in the Corrections Corporation of America's Saguaro Correctional Center in Eloy, Arizona, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983.  In a May 6, 2013 Order, the Court noted that Plaintiff had not paid the filing fee or filed an Application to Proceed *In Forma Pauperis*.  The Court gave Plaintiff 30 days to pay the filing fee or file an Application to Proceed.

　　　　On May 17, 2013, Plaintiff filed an Application to Proceed *In Forma Pauperis*.  In an August 28, 2013 Order, the Court granted the Application to Proceed and dismissed the Complaint for failure to state a claim upon which relief could be granted.  The Court gave Plaintiff 30 days to file an amended complaint that cured the deficiencies identified in the Order.

　　　　On September 19, 2013, Plaintiff filed a Motion to Drop his Claim (Doc. 8), seeking to "drop [his] claim/suit of the above case."  Under Rule 41(a) of the Federal Rules of Civil Procedure, a party may dismiss an action without an order of the court by


filing a notice of dismissal at any time before service of an answer or a motion for summary judgment. The right to voluntarily dismiss an action under these circumstances is absolute. *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999). The Court will therefore grant Plaintiff's Motion to Drop his Claim.

**IT IS ORDERED:**

(1) Plaintiff's Motion to Drop his Claim (Doc. 8) is **granted**.

(2) This case is **dismissed without prejudice**. The Clerk of Court must enter judgment accordingly.

DATED this 30th day of September, 2013.

_____
Robert C. Broomfield
Senior United States District Judge